```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11553
   ZORA VASIC
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
          Debtor
    SSN XXX-XX-8952


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/07/08 .

    2.  The case was converted to Chapter 7 without confirmation, 07/10/2008.

    3.  The Debtor paid a total of $    505.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TAYLOR BEAN & WHITAKER M | UNSECURED | NOT FILED | .00 | .00 |
| TAYLOR BEAN & WHITAKER M | UNSECURED | NOT FILED | .00 | .00 |
| HERITAGE BANK | CURRENT MORTG | .00 | .00 | .00 |
| HERITAGE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CBEYOND | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LIBERTY SUBURBAN PAPER | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| MMI INC | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| YELLOW BOOK USA | UNSECURED | NOT FILED | .00 | .00 |

```
          Summary of disbursements:
------------------------------------------------------------------------
```

```
                SECURED     PRIORITY   UNSECURED        OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00         .00          .00            .00
PRINCIPAL PAID           .00          .00         .00          .00            .00
INTEREST PAID            .00          .00         .00          .00            .00
TOTAL PAID               .00          .00         .00          .00            .00
```

The Debtor's attorney, JOHN C DENT            , was allowed $   2500.00
and was paid $     315.00   direct and $    475.71   through the plan.

The Trustee received $      29.29 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                      /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 08 B 11553 ZORA VASIC